KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

FILED
JUL 2 9 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> TARCILO CALDERA, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. 3-05-70302 EDL <br><br> [PROPOSED] ORDER AND STIPULATION WAIVING TIME UNDER RULE 5.1 AND EXCLUDING TIME FROM JULY 29, 2005 TO AUGUST 5, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161(h)(8)(A)) |

    The parties appeared before the Court on July 29, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a new preliminary hearing/arraignment date of August 12, 2005 at 9:30 a.m., before the Honorable Bernard Zimmerman; (2) documenting the defendant's waiver of time limits under Federal Rule of Criminal Procedure 5.1; and (3) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 29, 2005 to August 12, 2005. The parties agreed, and the Court found and held, as follows:

    1. The defendant waived the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Failure to grant the requested continuance would unreasonably deny both defense and government counsel reasonable time necessary for effective preparation, taking

STIPULATION AND ORDER
3-05-70302 EDL

into account the exercise of due diligence, and would deny the defendant continuity of counsel.

2. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case before the August 12, 2005 preliminary hearing date. The parties are investigating a pre-indictment disposition of the case, and expect to be able to resolve the case in the near future.

3. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant and the government continuity of counsel.

4. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 29, 2005 to August 12, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 29, 2005 to August 12, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a new preliminary hearing/arraignment date of August 12, 2005, at 9:30 a.m., before the Honorable Bernard Zimmerman.

IT IS SO STIPULATED.

DATED: 7/27/05

TRACIE L. BROWN
Assistant United States Attorney

DATED: 7/27/05

DAVID FERMINO
Attorney for TARCILO CALDERA

IT IS SO ORDERED.

DATED: 7/29/05

HON. EDWARD M. CHEN
United States Magistrate Judge

STIPULATION AND ORDER
3-05-70302 EDL                                2