# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Request for Early Termination of Supervision

| | | |
|---|---|---|
| Name of Offender: | Tarcilo Caldera | Docket No.:  CR 05-00522-01 BZ |
| Name of Sentencing Judge: | Bernard Zimmerman<br>United States Magistrate Judge | |
| Date of Original Sentence: | December 14, 2005 | |

Original Offense:
Count One: Entering a Secure Area of an Airport by Fraud or False Pretenses, 18 U.S.C. § 1036, a Class B misdemeanor

Original Sentence: Three years probation
Special Conditions: Special assessment $10; community service 100 hours

Type of Supervision: Probation              Date Supervision Commenced: December 14, 2005
Assistant U.S. Attorney: Tracie Brown        Defense Counsel: David Fermino (AFPD)

### Petitioning the Court

Petitioning the Court to consider the offender for early termination of supervision.

### Cause

The offender has been on probation since December 14, 2005. He has completed all special conditions of supervision. The offender has reported to the probation officer as directed, submitted monthly supervision reports, completed 100 hours of community service, and has not had any issues of non-compliance. A records check indicates no new arrest or outstanding warrants. This officer recommends that the court allow the offender's term of probation to expire early.

The Assistant U.S. Attorney, Tracie Brown, has been notified and there are no objections.

Address of offender:      3865 Northwood Drive, #A
                          Concord, CA 94520

NDC-SUPV-FORM 12B(2)  01/13/06

Tarcilo Caldera  Page 2
CR 05-00522-01 BZ

Respectfully submitted,                Reviewed by:

*JaDee Voss* (signature)               *Daniel Zurita* (signature)

JaDee Voss                             Daniel Zurita
U.S. Probation Officer                 Supervisory U.S. Probation Officer

Date Signed: August 4, 2006

---

THE COURT ORDERS:
☒ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:

9 Aug 06                               *Bernard Zimmerman* (signature)
Date                                   Bernard Zimmerman
                                       United States Magistrate Judge